IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JHAMAL M. PASKEL ,

      Appellant,

 v.                                Case No.  5D23-441
                                      LT Case Nos. 2019-CF-472
                                                  2018-CF-10405

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 22, 2023

3.850 Appeal from the Circuit Court
for Duval County,
London M. Kite, Judge.

Jhamal M. Paskel, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.